**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| John J.,<br><br>Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 20-cv-2145 (KMM)<br><br><br><br>**ORDER** |

---

This case is an appeal from the Social Security Administration's denial of John J.'s application for disability benefits and supplemental security income. The parties have filed cross-motions for summary judgment. [ECF Nos. 21, 23]. The Court held a hearing on the motions on December 14, 2021, and issued a ruling from the bench. The Court's bench ruling included a detailed explanation of the reasoning for its decision, and that reasoning is fully incorporated in this Order by reference. Accordingly, **IT IS HEREBY ORDERED THAT** Mr. J.'s motion [ECF No. 21] is **DENIED**, the Commissioner's motion [ECF No. 23] is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**.

**Let Judgment be entered accordingly.**

Date: December 15, 2021

*s/Katherine Menendez*
Katherine Menendez
United States Magistrate Judge